# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Thomas Atencio, et al., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV 16-1925-DMG (MRWx) |
| Tunecore, Inc., et al., DEFENDANT(S). | JUDGMENT ON THE VERDICT FOR THE PLAINTIFFS |

This action came on for jury trial, the Honorable Dolly M. Gee, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff Thomas Atencio recover of the defendant Tunecore, Inc.: $49,103.36, plus prejudgment interest at the rate of 9% per annum from June 1, 2015 pursuant to N.Y.C.P.L.R. §§ 5001(b), 5004, and costs of action.

IT IS ORDERED AND ADJUDGED that the plaintiff Gian Caterine recover of the defendant Tunecore, Inc.: $196,816.68, plus prejudgment interest at the rate of 9% per annum from June 1, 2015 pursuant to N.Y.C.P.L.R. §§ 5001(b), 5004, and costs of action.

Clerk, U. S. District Court

Dated: December 11, 2018

By: Kane Tien
Deputy Clerk

cc: *Counsel of record*